By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
608-808-3300
mike@assad.law
*Attorney for Debtor*

## United States Bankruptcy Court
## District of New Jersey

In re:                                                          Case No. 26-14839-JNP

    Ieisha Sharee Young,                             Chapter 7

              Debtor.

**Supplemental Disclosure of Compensation of Attorney for Debtor**

1.      Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), the undersigned supplements the Disclosure of Compensation of Attorney for Debtor previously filed in this case to disclose an additional fee arrangement for services that were expressly excluded from that disclosure.

2.      By written engagement dated May 15, 2026, the Debtor has retained the Law Office of Mike Assad P.C. to prosecute an adversary proceeding or contested matter against PSE&G for violation of the automatic stay under 11 U.S.C. § 362(a) and to seek damages, attorney's fees, and costs under 11 U.S.C. § 362(k). This representation does not include any appeal, post-judgment collection, or any other matter.

3.      The firm's fee is a contingent fee equal to the greater of (a) the sliding-scale percentage of the net recovery under N.J. Ct. R. 1:21-7(c), or (b) $495.00 per hour for time actually spent (capped at the total recovery), plus reimbursement of advanced costs. Any statutory fee

award under 11 U.S.C. § 362(k) or other fee-shifting authority is credited toward the firm's fee; the firm will not collect both a full statutory award and an additional percentage. If no recovery is obtained, the Debtor owes nothing. The firm has received no compensation to date, and the sole source of compensation will be any recovery from PSE&G.

4.      The firm has not agreed to share the above-disclosed compensation with any person or entity other than members and associates of the firm.

5.      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to the firm for representation of the Debtor in this case, in addition to the previously-filed disclosure.

Date: May 15, 2026                                  /s/ Michael I. Assad
                                                    Michael I. Assad

2