**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ieisha Sharee Young | Social Security number or ITIN  xxx–xx–6514 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  District of New Jersey

Case number:  26–14839–JNP

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ieisha Sharee Young

7/31/26

**By the court:**  Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318  **Order of Discharge**  page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 26-14839-JNP |
| Ieisha Sharee Young | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 31, 2026 | Form ID: 318 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Ieisha Sharee Young, 613 Riverview Rd, Pennsauken, NJ 08110-3920 |
| 521142914 | EdiFi Federal Credit Union, Attn: Bankruptcy, 621 Beverly Rancocas Rd, Willingboro, NJ 08046-3727 |
| 521142919 | New Jersey Motor Vehicle Commission, 225 E State St, Trenton, NJ 08608-1800 |
| 521142920 | Office of the Attorney General, 25 Market St, Trenton, NJ 08611-2148 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 31 2026 21:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 31 2026 21:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521142908 | | EDI: MAXMSAIDV | Aug 01 2026 01:09:00 | Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 521142908 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 31 2026 21:37:52 | Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 521142909 | | Email/Text: bankruptcy@acacceptance.com | Jul 31 2026 21:34:00 | American Credit Acceptance LLC, Attn: Bankruptcy, 961 E Main St, Spartanburg, SC 29302-2149 |
| 521142910 | | Email/Text: documents@apellesnow.com | Jul 31 2026 21:34:00 | Apelles LLC, Attn: Bankruptcy, 3700 Corporate Dr Ste 240, Columbus, OH 43231-5001 |
| 521142911 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 31 2026 21:33:42 | Caine & Weiner Company Inc., Attn: Bankruptcy, 5805 Sepulveda Blvd Fl 4, Van Nuys, CA 91411-2532 |
| 521142912 | | Email/Text: coniferlegal@coniferllc.com | Jul 31 2026 21:32:00 | Conifer Realty LLC, 1000 University Ave Ste 500, Rochester, NY 14607 |
| 521142913 | + | EDI: CCS.COM | Aug 01 2026 01:09:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 521142915 | | EDI: IRS.COM | Aug 01 2026 01:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521142916 | | EDI: JEFFERSONCAP.COM | Aug 01 2026 01:09:00 | Jefferson Capital LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 521142917 | | EDI: NFCU.COM | Aug 01 2026 01:09:00 | Navy Federal Credit Union, Attn: Bankruptcy, 820 Follin Ln SE, Vienna, VA 22180-4907 |
| 521142921 | | EDI: PRA.COM | Aug 01 2026 01:09:00 | Portfolio Recovery Associates LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521142922 | ^ | MEBN | | |

District/off: 0312-1 · · · · · · · · · · · · · · · · · · User: admin · · · · · · · · · · · · · · · · · · Page 2 of 2

Date Rcvd: Jul 31, 2026 · · · · · · · · · · · · · · · · Form ID: 318 · · · · · · · · · · · · · · · · Total Noticed: 22

| | | Jul 31 2026 21:29:13 | PSEG, Attn: Bankruptcy, 80 Park Plz, Newark, NJ 07102-4194 |
|---|---|---|---|
| 521142918 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 31 2026 21:33:00 | New Jersey Division of Taxation, Attn: Bankruptcy, 3 John Fitch Wy 5th Floor, Trenton, NJ 08695-0001 |
| 521142923 | EDI: TDBANKNORTH.COM | Aug 01 2026 01:09:00 | TD Bank N.A., Attn: Bankruptcy, 4140 Church Rd, Mount Laurel, NJ 08054-2221 |
| 521142924 | ^ MEBN | Jul 31 2026 21:27:59 | U.S. Department of Justice, Attorney General, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 521142925 | + Email/Text: usanj.njbankr@usdoj.gov | Jul 31 2026 21:34:00 | United States Attorney, Attn: Civil Process Clerk, 970 Broad St Ste 700, Newark, NJ 07102-2527 |
| 521142926 | EDI: VERIZONCOMB.COM | Aug 01 2026 01:09:00 | Verizon Wireless, Attn: Bankruptcy Administration, 500 Technology Dr # 550, Saint Charles, MO 63304-2225 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2026 · · · · · · · · · · · Signature: · · · · · · · /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maureen P. Steady | trustee@kurtzmansteady.com<br>mps@trustesolutions.net,J121@ecfcbis.com,telaak@kurtzmansteady.com,steady@premierremote.com |
| Michael I. Assad | on behalf of Plaintiff Ieisha Sharee Young mike@assad.law<br>mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| Michael I. Assad | on behalf of Debtor Ieisha Sharee Young mike@assad.law<br>mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4